**Opinion issued April 7, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-20-00030-CV

_____

## IN RE PAULA FORSHEE, PMF SOLUTIONS, LLC, AND CATALYST SOLUTIONS, LLC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Paula Forshee, PMF Solutions, LLC, and Catalyst Solutions, LLC,

seek mandamus relief in connection with the trial court's denial of their motion to

consolidate the underlying lawsuit with four other pending lawsuits.[1] We deny the petition. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.

---

[1] The underlying case is *Paula Forshee, PMF Solutions, LLC, and Catalyst Solutions, LLC v. Philip Leung, et al.*, cause number 2016-59114, pending in the 295th District Court of Harris County, Texas, the Honorable Donna Roth presiding.